IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDGAR TEJADA,** | : | |
| Petitioner | : | No. 1:25-cv-02477 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN – FCI LEWISBURG,** | : | |
| Respondent | : | |

### ORDER

**AND NOW**, on this 23rd day of December 2025, after considering pro se Petitioner Edgar Tejada ("Tejada")'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Tejada's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
